<strong>IN THE UNITED STATES DISTRICT COURT</strong>

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MELISSA WARNER, individually and on behalf of all others similarly situated,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| | **1:26-cv-03246-ELR** |
| **v.** | |
| **CARTER'S INC.,** | |
| **Defendant.** | |

**MOTION OF DEFENDANT, CARTER'S INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Comes now the Defendant, Carter's Inc. ("Carter's") and makes this motion for an extension of time to respond to the Plaintiff's Class Action Complaint (the "Complaint"). As grounds therefore, Carter's says as follows:

1. This action was filed on June 10, 2026 [Doc. 1]. Service of process was perfected on June 15, 2026, thereby setting the date for an initial reply to the Complaint for July 6, 2026.

2. The Complaint alleges novel theories of law related to the recent ruling by the United States Supreme Court in *Learning Resources, Inc. v. Trump*, \_\_\_\_ U.S. \_\_\_\_\_ (February 20, 2026, Docket Number 24-1287), whereby the imposition by the Executive Branch of substantial tariffs was stricken down. Counsel for Carter's continues to evaluate the allegations of the Complaint and applicable law in order to

formulate an initial reply.

3.     With the 4th of July holiday arriving in the days to come, counsel for Carter's has attempted to contact Plaintiff's counsel multiple times to request a short extension of time for thirty days after July 6, 2026, through and including August 5, 2026.  Carter's has received no response to its inquiries for an extension of time and therefore makes this motion.

4.     Given the novel nature of the allegations of the Complaint and the coming holiday weekend, Carter's respectfully requests the entry of an order extending the deadline for an initial response to the Complaint to August 5, 2026.

WHEREFORE, the premises considered, the Defendant, Carter's, Inc., respectfully moves the Court for the entry of an order extending the due date for an initial reply to the Plaintiff's Complaint to August 5, 2026, along with such other relief as may be deemed appropriate.

Respectfully submitted this 30th day of June, 2026.

**JONES & WALDEN LLC**

*/s/ Eric J. Breithaupt*
Eric J. Breithaupt
Georgia Bar No. 596142
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
ebreithaupt@joneswalden.com
*Counsel for Defendant*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

*/s/ Abby Meyer*
Abby Meyer [appearing PHV]
P. Craig Cardon [appearing PHV]
Kevin Murphy [appearing PHV]
Patrick Rubalcava [appearing PHV]
Julia Anderson [appearing PHV]
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Ph: (714) 513-5100
Fax: (714) 513-5130
AMeyer@sheppard.com
CCardon@sheppard.com
kemurphy@sheppard.com
prubalcava@sheppard.com
juanderson@sheppard.com
*Proposed Counsel for Defendant*

| | |
|---|---|
| MELISSA WARNER, individually and on behalf of all others similarly situated, | |
| | CIVIL ACTION NO. |
| Plaintiff, | 1:26-cv-03246-ELR |
| v. | |
| CARTER'S INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion of Defendant, Carter's Inc. for Extension of Time to Respond to Complaint* ("Motion") using the District Court's ECF program, which sends a notice of and an accompanying link to the Notice to all parties who have appeared in this case under the District Court's ECF Program. I further certify that I served the following parties with a copy of the Motion via U.S. Mail, adequate postage prepaid:

Andre Belanger
Go Big Injury Law
1 Glenlake Parkway NE Suite 650
Sandy Springs, GA 30328

I have prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 30th day of June, 2026.

**JONES & WALDEN LLC**

*/s/ Eric J. Breithaupt*
Eric J. Breithaupt
Georgia Bar No. 596142
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
ebreithaupt@joneswalden.com
*Counsel for Defendant*