**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MELISSA WARNER, individually and on behalf of all others similarly situated,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **1:26-cv-03246-ELR** |
| **v.** | |
| **CARTER'S INC.,** | |
| **Defendant.** | |

## ORDER ON MOTION OF DEFENDANT, CARTER'S INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The above styled matter is before the Court for consideration of the Motion of Defendant, Carter's Inc. for Extension of Time to Respond to Complaint [Doc. 6]. The Court having considered the motion and it appearing that there is good cause to grant the requested extension,

IT IS HEREBY ORDERED THAT the Defendant, Carter's Inc. shall have through and including August 5, 2026, to make an initial response to the Class Action Complaint [Doc. 1] filed by the Plaintiff.

SO ORDERED on this 1st day of July, 2026.

_Eleanor L. Ross_
Honorable Eleanor L. Ross
United States District Judge